JEFFREY McCOLL, Appellant, *v.* JOSIAH J. FRITH et al., Respondents.

(Argued February 10, 1886; decided March 2, 1886.)

DECIDED on the facts.

*G. S. P. Stillman* for appellant.

*Edward M. Shepard* for respondents.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.

———

JANE C. COLEMAN, Respondent, *v.* OLIVER C. WRIGHT, Appellant.

(Argued January 27, 1886; decided March 9, 1886.)

*Theodore Bacon* for appellant.

*George W. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.